B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12−43912**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven K Archer | Yasmeen I. Archer |
| 2714 N Moody Ave | aka Yasmeen I Abdullah |
| Chicago, IL 60639 | 2714 N Moody Ave |
| | Chicago, IL 60639 |

Social Security / Individual Taxpayer ID No.:
    xxx−xx−0395                                            xxx−xx−2916

Employer Tax ID / Other nos.:

### DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>April 16, 2013</u>                    <u>Kenneth S. Gardner, Clerk</u>
                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-43912-PSH
Steven K Archer Chapter 7
Yasmeen I. Archer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 3      Date Rcvd: Apr 16, 2013
                      Form ID: b18      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2013.
```
db/jdb       +Steven K Archer,    Yasmeen I. Archer,    2714 N Moody Ave,    Chicago, IL 60639-1004
19658575     +Account Recovery Svc,    3031 N 114th St,    Milwaukee WI 53222-4218
19658577     +Burke Costanza & Carberry,    9191 Broadway,    Merrillville IN 46410-7043
19658578     +Calumet College Of Saint,    Josep,    2400 New York Avenue,    Student Accounts,
               Whiting IN 46394-2146
19658580     +Chicago Patrolmens Credit,    Unio,    1407 W Washington Blvd,    Chicago IL 60607-1820
19658581     +City Of Chicago -,    Garnishment,    33 North Lasalle St,    Room 700,    Chicago IL 60602-3421
19658582     +Collection Co Of America,    700 Longwater Dr,    Norwell MA 02061-1796
19658583     +Cook Law Magistrate,    50 W Washington St Room,    1001,    Chicago IL 60602-1316
19658584     +Department Of,    Education/nelnet,    121 S 13th Street,    Lincoln NE 68508-1904
19657745     +Edfinancial Sevics,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
19658589     +FTL Finance,    Laura Toledo,    Lathrop & Gage LLP,    7701 Forsyth Blvd Suite 500,
               Saint Louis, MO 63105-1875
19658586     +Fifty Prairie Commons Condo Association,    5007 S Prairie Ave,    Chicago IL 60615-2242
19658587     +First Resolution Investm,    Po Box 34000,    Seattle WA 98124-1000
19658590     +Gem/gap,    Po Box 981400,    El Paso TX 79998-1400
19658594     +NCC Business Service,    9428 Baymeadows Road,    Suite 200,    Jacksonville, FL 32256-7912
19658597     +Richard J Daley Center,    SO W Washington St Room 1,    Chicago IL 60602,    Sears,    Po Box 6282,
               Sioux Falls SD 57117-6282
19658600     +Wells Fargo Education,    Financia,    Po Box 84712,    Sioux Falls SD 57118-4712
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QPVMARTINO.COM Apr 17 2013 01:38:00      Philip V Martino, ESQ,    Quarles & Brady,
               300 N. LaSalle,    Suite 4000,    Chicago, IL 60654-5427
19658576      EDI: HNDA.COM Apr 17 2013 01:38:00      American Honda Finance,    Corpora,    P.o. Box 5308,
               Elgin IL 60121-5308
19744662     +EDI: ATLASACQU.COM Apr 17 2013 01:38:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
19658579     +EDI: CAPITALONE.COM Apr 17 2013 01:38:00      Capitol One,    Po Box 30281,
               Salt Lake City UT 84130-0281
19658585     +E-mail/Text: bknotice@erccollections.com Apr 17 2013 02:09:53      Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville FL 32256-7412
19658588     +E-mail/Text: bankruptcynotice@1fbusa.com Apr 17 2013 02:09:00      Fst Financial Bank Usa,
               363 W Anchor Dr,    Dakota Dunes SD 57049-5154
19658591     +EDI: HFC.COM Apr 17 2013 01:38:00      Household Bank Card,    Services,    Po Box 5253,
               Carol Stream IL 60197-5253
19658592     +EDI: CBSKOHLS.COM Apr 17 2013 01:38:00      Kohls/capone,    Po Box 3115,    Milwaukee WI 53201-3115
19658593     +EDI: RESURGENT.COM Apr 17 2013 01:38:00      Lvnv Funding Llc,    Po Box 10584,
               Greenville SC 29603-0584
19658595     +EDI: MERRICKBANK.COM Apr 17 2013 01:38:00      Merrick Bank,    10705 s Jordan Gtwy,    Ste 200,
               South Jordan UT 84095-3977
19658596     +EDI: MID8.COM Apr 17 2013 01:38:00      Midland Credit Mgmt Inc,    8875 Aero Dr,    Ste 2,
               San Diego CA 92123-2255
19658598     +EDI: USAA.COM Apr 17 2013 01:38:00      Usaa,    9800 Fredericksburg Road,
               San Antonio TX 78288-0002
19658599      EDI: USAA.COM Apr 17 2013 01:38:00      Usaa Federal Savings Bank,    10750 Mcdermott Freeway,
               San Antonio TX 78288-9876
19658601      EDI: WFFC.COM Apr 17 2013 01:38:00      Wells Fargo Home Mortgage,    P.o. Box 10335,
               Des Moines IA 50306-0335
                                                                                              TOTAL: 14
```
       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: admin              Page 2 of 3              Date Rcvd: Apr 16, 2013
                              Form ID: b18             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: admin              Page 3 of 3             Date Rcvd: Apr 16, 2013
                              Form ID: b18             Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2013 at the address(es) listed below:

      John A Lipinsky   on behalf of Creditor   Calumet College jlipinsky@comananderson.com, khaskell@comananderson.com;kdavis@comananderson.com

      Kristyn A Klonowski   on behalf of Creditor   Chicago Patrolmen's Federal Credit Union kklonowski@trunkettlawpc.com, kerry@trunkettlawpc.com;mkeenan@trunkettlawpc.com;lpino@trunkettlawpc.com

      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

      Philip V Martino, ESQ    philip.martino@quarles.com, pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com

      TOTAL: 4